No. 9.  YOUNGSTOWN SHEET & TUBE CO. *v.* BOWERS, TAX COMMISSIONER OF OHIO.  Appeal from the Supreme Court of Ohio (probable jurisdiction noted, 355 U. S. 911); and

No. 44.  UNITED STATES PLYWOOD CORP. *v.* CITY OF ALGOMA.  Certiorari, 356 U. S. 957, to the Supreme Court of Wisconsin.  The motion of the City of Algoma to strike brief, as *amici curiae,* of Bruce Bromley et al., is denied.  *Edwin Larkin* for movant-respondent in No. 44.  *Bruce Bromley* and *Roswell Magill,* as *amici curiae,* were on a reply to the motion to strike.  Reported below: No. 9, 166 Ohio St. 122, 140 N. E. 2d 313; No. 44, 2 Wis. 2d 567, 87 N. W. 2d 481.

No. 235, Misc.  ALVIDREZ *v.* HEINZE, WARDEN;

No. 241, Misc.  LITCHFIELD *v.* TINSLEY, WARDEN; and

No. 281, Misc.  WILLIAMS *v.* TINSLEY, WARDEN.  Motions for leave to file petitions for writs of habeas corpus denied.